UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

      v.                      Case No. 12-cr-31-01-SM

<u>Michael T. Prieto</u>,
    Defendant


## O R D E R

Defendant Prieto's Assented to Motion to Continue the final pretrial conference and trial is granted (document no. 17). Trial has been rescheduled for the month of March 2013. Defendant Prieto shall file a waiver of speedy trial rights not later than October 12, 2012. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 8, 2013 at 9:30 a.m.

```
     Jury selection will take place on March 19, 2013 at 9:30
a.m.

     SO ORDERED.
```

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

October 2, 2012

cc: Michael Iacopino, Esq.
     Michael Gunnison, AUSA
     U.S. Marshal
     U.S. Probation