UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

      v.

                              Case No.  12-cr-31-01-SM

<u>Michael T. Prieto</u>,
    Defendant

<u>O R D E R</u>

Defendant Prieto's Motion to Continue the final pretrial conference and trial is granted (document no. 29). Trial has been rescheduled for the month of June 2013.  Defendant Prieto shall file a waiver of speedy trial rights not later than March 11, 2013.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for June 5, 2013 at 9:30 a.m.

```
     Jury selection will take place on June 18, 2013 at 9:30
a.m.

     SO ORDERED.
```

                                              Steven J. McAuliffe
                                              United States District Judge

February 25, 2013

cc:    Michael Iacopino, Esq.
        Michael Gunnison, AUSA
        U.S. Marshal
        U.S. Probation